IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03616-TPO

STEPHEN KYLE VOSS,

Plaintiff,

v.

SM ENERGY CO.,

Defendant.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on October 13, 2026.**

Before this Court is Plaintiff's Notice of Voluntary Dismissal without Prejudice [ECF 11], which he submits pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff's voluntary dismissal is self-effectuating. No order of dismissal is necessary. Accordingly, this matter was dismissed without prejudice as of the filing of the Notice.

The Clerk of Court shall **close** this case.